98984-7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CIV-XXXXX

MARIE GAUDA-CALIXTE

   Plaintiff

vs.

ROSSS DRESS FOR LESS, INC.,
a Foreign Corporation

   Defendant
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Ross Dress for Less, Inc. ("Ross"), by and through the undersigned counsel, and hereby files this Notice of Removal to this Court of the above-styled civil action pursuant to 28 U.S.C. section 1446 and 28 U.S.C. section 1332, and submits the following:

1. This action was brought by Plaintiff, Marie Gauda-Calixte ("Gauda-Calixte") for "Negligence Against Ross Dress for Less, Inc." (Count I), "Negligent Supervision Against Ross Dress for Less, Inc." (Count II), and "Claim of Respondeat Superior Against Ross Dress for Less, Inc." (Count III) against Ross. Gauda-Calixte, allegedly a resident of Broward County, Florida, asserts she was injured when " . . .an employee of the Defendant, was arranging some of the store merchandise and negligently caused a suitcase to fall, which struck the Plaintiff . . ." while shopping at a Ross store located at 3851 Oakwood Blvd, Hollywood, FL 33020. (*See generally* Compl. (attached hereto as Composite Exhibit "A")).

2. Plaintiff's Complaint was served on Ross on January 25, 2021. (*See id.*)

CASE NO. CACE-21-001198

3.      Ross's Notice of Removal has been timely filed within thirty (30) days after receipt by Ross of the initial pleading setting forth the claims for relief upon which removal is based. *See* 28 U.S.C. § 1446(b).

### *The Parties are Completely Diverse*

4.      Plaintiff is a citizen of Broward County Florida. (*See* Compl. ¶ 2.)

5.      Ross is a corporation incorporated under the laws of Virginia, with its principal place of business in California. (*See* Fla. Division of Corporations Detail by Entity Name at 1, attached hereto as Exhibit "B".) Consequently, Ross is a citizen of Virginia and California.

6.      Therefore, complete diversity of citizenship exists between Plaintiff and Ross.

### *The Amount-In-Controversy Requirement is Satisfied*

7.      As to satisfaction of the amount-in-controversy requirement, Gauda-Calixte has merely alleged damages in excess of $30,000.00 to satisfy the jurisdictional bar Florida's Circuit courts. (*See* Compl. ¶ 1.). However, Plaintiff's Civil Cover sheet claims over $100,000. (*See generally* Civil Cover Sheet. (attached hereto as Composite Exhibit "A")).

8.      Moreover, information contained in Plaintiff's demand letter[1] dated November 24, 2020 demonstrates Plaintiff is presently seeking $600,000.00 in settlement of the claim[2]

---

[1] A district court may consider a pre-suit demand letter in making its determination regarding satisfaction of the amount-in-controversy requirement. *See AAA Abachman Enters., Inc. v. Stanley Steemer Int'l, Inc.*, 268 F. App'x 864, 866 (11th Cir. 2008) (affirming district court's consideration of pre-suit demand letter on removal in concluding the amount-in-controversy requirement was satisfied); *Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1213–14 (11th Cir. 2007) (district court may consider the notice of removal and accompanying documents when deciding upon a motion to remand); *Williams v. Best Buy Co.*, 269 F.3d 1316, 1320 (11th Cir. 2001) (district court may consider evidence outside of the removal petition if the facts existed at the time of the removal); *Katz v. J.C. Penney Corp.*, No. 09-cv-60067, 2009 WL 1532129, at *4 (S.D. Fla. June 1, 2009) ("Therefore, pre-suit settlement offers and demands may be considered in evaluating whether a case has been properly removed.").

CASE NO. CACE-21-001198

(potentially more than eight (8) times the jurisdictional threshold of $75,000.00).  (*See generally* Letter dated Nov. 24, 2020, attached hereto as Exhibit "C".)

9. Plaintiff's demand letter further notes she has undergone months of therapy and a surgical procedure related to her injuries.

10. Moreover, the Plaintiff's letter included copies of medical records and medical bills allegedly incurred as a result of the injury.  Plaintiff's medical bills total $217,715.38.[3]  (*See id.*)

11. Based on the representations made by Plaintiff concerning the total figures at issue, including the total medical expenses to date, the amount-in-controversy is requirement is clearly established.  *Cf. Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1062 (11th Cir. 2010) ("[C]ourts may use their judicial experience and common sense in determining whether the case stated in a complaint meets federal jurisdictional requirements.").

12. Consequently, this Court has original jurisdiction over the aforementioned matter pursuant to 28 U.S.C. section 1332, as this action involves: (1) citizens of different states, and (2) an amount in controversy in excess of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

### *The Procedural Requirements for Removal Has Been Completed by Ross*

13. Simultaneous to the filing of this Notice of Removal, Ross has given written notice of the filing of this Notice to Plaintiffs, as required by 28 U.S.C. section 1446(d).

---

[3] Because of the sensitive and private nature of Plaintiff's medical bills, they have not been included herein.  However, should the Court's require a copy of these documents to be filed, Ross will leave to file the medical bills under seal at the Court's request for the same.

CASE NO. CACE-21-001198

14. A copy of this Notice has likewise been filed with the Clerk of the Circuit Court in and for Miami-Dade County, Florida (attached hereto as Exhibit "D"), in compliance with the requirements of 28 U.S.C. section 1446(d).

15. True and correct copies of all documents that were filed in the state action are attached hereto as Composite Exhibit "A."

16. Pursuant to 28 U.S.C. section 1441(a), venue is proper in the Southern District of Florida as the state action was filed and pending within the jurisdictional boundaries of this District.

Dated: 2/24/2021

                                Respectfully submitted,

                                _____
                                Jason A. Glusman, Esquire (419400)
                                Daniel F. Ieraci, Esquire (124388)
                                WICKER SMITH O'HARA
                                  McCOY & FORD, P.A.
                                515 E. Las Olas Boulevard
                                SunTrust Center, Suite 1400
                                Ft. Lauderdale, FL 33301
                                Telephone:   (954) 847-4800
                                Facsimile:    (954) 760-9353
                                Attorneys for Ross Dress for Less, Inc.

- 5 -

CASE NO. CACE-21-001198

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on February 24, 2021, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

_____
Daniel F. Ieraci, Esquire

## SERVICE LIST

Kevin S. Pierre
The Pierre Law Group

Telephone:   (954) 832-2261
Facsimile:   (954) 301-5735
Kevin@pierrelawgroup.com