

**Service of Process Transmittal**
01/25/2021
CT Log Number 538935450

**TO:** Luisa Gomes
Ross Stores, Inc.
5130 Hacienda Dr
Dublin, CA 94568-7635

**RE:** **Process Served in Florida**

**FOR:** Ross Dress for Less, Inc.  (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARIE GAUDA-CALIXTE, PLTF. vs. ROSS DRESS FOR LESS, INC., etc., DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # CACE21001198 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/25/2021 at 02:00 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/25/2021, Expected Purge Date: 01/30/2021 |
| | Image SOP |
| | Email Notification,  Luisa Gomes  maria.gomes@ros.com |
| | Email Notification,  Taiala Puamau  taiala.puamau@ros.com |
| | Email Notification,  Vanessa Langlais  vanessa.langlais@sedgwick.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Jan 25, 2021

**Server Name:** Dan Ackerman

| Entity Served | ROSS DRESS FOR LESS INC. |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | CACE-21-001198 |
| Jurisdiction | FL |



Case Number: CACE-21-001198 Division: 03
Filing # 119747284 E-Filed 01/15/2021 06:21:25 PM

|  |  |
|---|---|
| MARIE GAUDA-CALIXTE, | IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA |
| Plaintiff, | CASE NO.: |
| vs. |  |
| ROSS DRESS FOR LESS, INC., a Foreign Corporation, |  |
| Defendant. |  |

*(handwritten notations: 1-25-21, 1215P, OO #362)*

## SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in the above-styled cause upon the Defendant:

**ROSS DRESS FOR LESS, INC.
CT CORPORATION SYSTEM
C/O CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324**

DATED ON this ___ _____ JAN 20 2021 ___

**BRENDA FORMAN**
As Clerk of Court

By: _____
As Deputy Clerk
(COURT SEAL)

**BRENDA D. FORMAN**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of the court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, property, and money may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). Also, you may call your insurance company representative if you believe you are covered for this loss.

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres demanda a tiemp, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo teimpo en que presenta su repuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judicares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cetta citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommes ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite de le relai requis, vous risqué de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services

immediats d'un avocet. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

      Si vous choisissez de deposer vous-meme una reponse ecrite, il vous faudra egalement , en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme cidessous.

REPLY TO:

      **THE PIERRE LAW GROUP, P.A.**
      Attorney for Plaintiff
      1451 West Cypress Creek Road
      Suite 300
      Fort Lauderdale, Florida 33309
      Phone (954) 832-2261
      Fax (954) 301-5735

Filing # 119747284 E-Filed 01/15/2021 06:21:25 PM

| | |
|---|---|
| MARIE GAUDA-CALIXTE, | IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA |
| Plaintiff, | CASE NO.: |
| vs. | |
| ROSS DRESS FOR LESS, INC., a Foreign Corporation, | |
| Defendant. | |

## COMPLAINT and DEMAND FOR JURY TRIAL

Plaintiff, MARIE GAUDA-CALIXTE, by and through undersigned counsel, sues Defendant, ROSS DRESS FOR LESS, INC., a Foreign Corporation (hereinafter "ROSS, INC"), and alleges as follows:

### JURISDICTIONAL STATEMENT AND IDENTIFICATION OF PARTIES

1. This is an action in excess of thirty thousand dollars ($30,000.00) and within the jurisdiction of this Court.

2. At all times material hereto, Plaintiff, MARIE GAUDA-CALIXTE, is a resident of Broward County, Florida and otherwise is *sui juris*.

3. At all times material hereto, Defendant, ROSS, INC., was authorized to do business in the State of Florida and was doing business in Broward County, Florida.

4. At all times material hereto, Defendant, ROSS, INC., owned, operated, and/or controlled the premises at 3851 Oakwood Blvd, Hollywood, FL 33020. Said premises is a shopping center open to the public.

5. Venue is proper in Broward County, Florida because the incident which is the subject of this Complaint took place at 3851 Oakwood Blvd, Hollywood, FL 33020.

1

6. The Plaintiff has performed, executed, or otherwise complied with all conditions precedent to the bringing of this claim.

## FACTS GIVING RISE TO THE COMPLAINT

7. That on or about August 7, 2018, Plaintiff, MARIE GAUDA-CALIXTE, was lawfully on the premises as described above as a business invitee.

8. That on or about August 7, 2018, Plaintiff, MARIE GAUDA-CALIXTE, was shopping at the above-mentioned location, at the same time, an employee of the Defendant, was arranging some of the store merchandise and negligently caused a suitcase to fall, which struck the Plaintiff, causing them to fall to the store floor.

9. Upon information and belief, said incident was caused by the actions of an employee of the Defendant. ROSS, INC., who negligently caused a suitcase to strike the Plaintiff, thus causing the Plaintiff to fall in a high traffic area of the store.

10. That on or about August 7, 2018, MARIE GAUDA-CALIXTE, sustained serious bodily injuries to her neck, back, and extremities due to the negligent manner in which the premises were maintained.

## COUNT I
## NEGLIGENCE AGAINST ROSS DRESS FOR LESS, INC.

11. Plaintiff realleges and re-adopts Paragraphs one (1) through ten (10) as if fully set forth herein.

12. On or about August 7, 2018, ROSS, INC., owed the Plaintiff a legal duty of reasonable care in maintaining the premises in a reasonably safe condition, free from foreign objects and substances, dangerous conditions and hazards that might foreseeably give rise to injury or damage to the Plaintiff.

13. Notwithstanding this duty, ROSS, INC., through its agents, servants, employees, and/or apparent agents, breached the duty to maintain the premises in a reasonably safe condition by committing one or more of the following acts of commission and/or omission;

a. Failing to inspect the premises for the existence of such unreasonably dangerous conditions that the Defendant had actual knowledge of, or should have known of, or had constructive knowledge due to the length of time the dangerous condition existed or due to the regularity with which the dangerous condition occurs on the subject property;

b. Failing to reasonably and properly maintain the above mentioned premises, to-wit; by allowing the areas where patrons were expected to traverse to remain dangerous, which resulted in the aisle in the above mentioned location, becoming a dangerous condition which was the cause of the injury, which the Defendant had actual knowledge of, or should have known of, or had constructive knowledge due to the length of time the dangerous condition existed or due to the regularity with which the dangerous condition occurs on the subject property;

c. Failing to warn, by sign or otherwise, as to the existence of the unreasonably dangerous condition, to wit; moving merchandise, such as a suitcase, located in a high traffic area, which the Defendant had actual knowledge of, or should have known of, or had constructive knowledge due to the length of time the dangerous condition existed or due to the regularity with which the dangerous condition occurs on the subject property;

d. Failing to exercise reasonable care in the maintenance of the aisles in a shopping center;

e. Failing to otherwise undertake reasonable efforts to repair and/or remedy any unreasonably dangerous conditions that Defendant had actual knowledge of, or should have known of, or had constructive knowledge due to the length of time the dangerous condition existed or due to the regularity with which the dangerous condition occurs on the subject property;

f. Failing to implement proper safety measures to prevent injury to patrons, including the Plaintiff; and

g. Failing to remove the known dangerous condition.

14. As a direct and proximate result of the negligence of ROSS, INC., Plaintiff, MARIE GAUDA-CALIXTE, was injured in and about her body and extremities and/or aggravated a pre-existing condition; suffered pain from her head and back; suffered severe headaches; suffered physical handicap; suffered disfigurement; suffered mental pain and suffering; aggravation of a pre-existing condition; suffered loss of income; suffered loss of capacity for the enjoyment of life and/or incurred medical expenses for the care and treatment of her injuries. Said injuries are permanent and are continuing in nature, and the Plaintiff will continue to suffer these losses and impairments in the future.

## COUNT II
## NEGLIGENT SUPERVISION AGAINST ROSS DRESS FOR LESS, INC.

Plaintiff, MARIE GAUDA-CALIXTE, by reference, reiterates and adopts paragraphs 1 through 10 and further states:

15. ROSS, INC., had a duty to exercise reasonable control over its employees and properly supervise their interactions with costumers, Defendant, ROSS, INC., owed the Plaintiff, MARIE GAUDA-CALIXTE, this duty.

16. Defendant, ROSS, INC., by and through its agents, servants, and/or employees breached the aforesaid duty to Plaintiff, MARIE GAUDA-CALIXTE, by the following:

   a. failing to adequately, properly and sufficiently, monitor the actions of its employees;
   b. failing to adequately, properly and sufficiently, supervise the actions of its employees;
   c. failing to adequately, properly and sufficiently, supervise the actions of how their employees moved and arranged merchandise;
   d. carelessly and negligently failing to adequately train its agents, servants, employees, and/or representatives to conduct reasonable inspections of the premises to ensure that such premises are free from the existence of dangerous conditions, such as those referenced in paragraphs #8–10;

   e. by failing in preventing injuries to the Plaintiff, MARIE GAUDA-CALIXTE;
   f. carelessly and negligently failing to implement procedures requiring its agents, servants, employees, and/or representatives to report possible unsafe and dangerous conditions;

17. Appropriate supervision by the Defendant, ROSS, INC, would have revealed that the store employee, should have been properly trained and or supervised while moving merchandise.

18. As a direct and proximate cause of this negligent supervision, Plaintiff, MARIE GAUDA-CALIXTE, suffered damages of great shame, indignity, mortification and disgrace, suffered bodily injury and resulting pain and suffering, severe headaches, head pain, back pain, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care, aggravation of a previously existing condition, loss of income, and loss of income earning capacity. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

## COUNT III
### CLAIM OF RESPONDEAT SUPERIOR AGAINST ROSS DRESS FOR LESS, INC

Plaintiff, MARIE GAUDA-CALIXTE, by reference, reiterates and adopts paragraphs 1 through 10 and further states:

19. At all material times, Defendant, ROSS, INC., had and exercised complete authority, control, supervision and/or management over the work and jobs performed by said store employee.

20. At all material times, the store employee, was acting within the course and scope of their employment with Defendant, ROSS, INC.

5

21. Under the doctrine of respondent superior, Defendant, ROSS, INC., is responsible for the negligent, reckless and negligent actions of its employee, actions which were committed in the actual and apparent scope of their duties.

22. As a direct and proximate cause of the aforementioned conduct and/or actions of the store employee, for which the Defendant, ROSS, INC., is responsible, the Plaintiff, MARIE GAUDA-CALIXTE, suffered damages of great shame, indignity, mortification and disgrace, suffered bodily injury and resulting pain and suffering, back pain, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care, aggravation of a previously existing condition, loss of income, and loss of income earning capacity. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, MARIE GAUDA-CALIXTE, demands judgment against Defendant, ROSS, INC., in an amount in excess of thirty thousand dollars ($30,000.000), for all damages and costs, and demands a trial by jury on all issues so triable.

### JURY TRIAL DEMAND

Plaintiff demands jury trial on all issues so triable.

RESPECTFULLY submitted this __15th__ day of __January__, 2021.

        **THE PIERRE LAW GROUP, P.A.**
        Attorney for Plaintiff
        1451 West Cypress Creek Road
        Fort Lauderdale, Florida 33309
        Phone (954) 832-2261
        Fax (954) 301-5735

By:   /s/Kevin S. Pierre
       **KEVIN S. PIERRE, ESQ.**
       FBN: 0121895
       Kevin@pierrelawgroup.com

Filing # 119747284 E-Filed 01/15/2021 06:21:25 PM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Marie Gauda-Calixte</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>Ross Dress For Less, Inc.</u>
Defendant

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.   TYPE OF CASE**   (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

    **IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

    **V.**    **NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

    <u>3</u>

    **VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☐ yes
        ☒ no

    **VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒ no
        ☐ yes If "yes," list all related cases by name, case number, and court.

    **VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☒ yes
        ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Kevin Stanley Pierre</u>        Fla. Bar # <u>121895</u>
    Attorney or party                          (Bar # if attorney)

<u>Kevin Stanley Pierre</u>                01/15/2021
(type or print name)                Date

## RETURN OF SERVICE

State of Florida  
County of Broward  
17th Judicial Circuit Court

Case Number: CACE-21-001198

MARIE GAUDA-CALIXTE  
ROSS DRESS FOR LESS, INC.,  
a Foreign Corporation

ROC2021000938

For:  
Kevin Pierre

Received by Daniel Ackerman on the 22nd day of January, 2021 at 12:40 pm to be served on **Ross Dress for Less, Inc. c/o CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.**

I, Daniel Ackerman, do hereby affirm that on the **25th day of January, 2021** at **12:15 pm**, I:

**CORPORATE REGISTERED AGENT EMPLOYEE:** served by delivering a true copy of the **Summons, Complaint and Demand for Jury Trial and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Donna Moch** who is an employee for the Registered Agent for **Ross Dress for Less, Inc.** at the address of **1200 South Pine Island Road, Plantation, FL 33401**, and informed said person of the contents therein, in compliance with Federal Rules of Civil Procedure, Florida Statute 48.081(3)(a) or other state statute as applicable after having first made an attempt during registered agent hours and the registered agent not being available.

Description of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'3, Weight: 150, Hair: Brown, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I hereby certify that I am over the age of 18, have no interest in the above action, and that I am a special process server appointed by the sheriff, in good standing, in the Judicial Circuit in which service was effected.

Daniel Ackerman  
Process Server #362

Rock Legal Services & Investigations Inc  
2048 Ponce De Leon Avenue  
West Palm Beach, FL 33407  
(561) 296-7574

Our Job Serial Number: ROC-2021000938  
Ref: GAUDA-CALIXTE v. Ross Dress for Less

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

98984-7

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

MARIA GAUDA-CALIXTE          CIRCUIT CIVIL DIVISION

  Plaintiff                                CASE NO. CACE-21-001198

vs.

ROSSS DRESS FOR LESS, INC.,
a Foreign Corporation

  Defendant
_____/

## NOTICE OF APPEARANCE

PLEASE take notice that Jason A. Glusman, Esquire of the law firm of WICKER SMITH O'HARA MCCOY & FORD, P.A., enters an appearance in the above-styled case on behalf of ROSS DRESS FOR LESS, INC.

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Kevin S. Pierre, Kevin@pierrelawgroup.com; on this 29th day of January, 2021.

                                              */s/ Jason A. Glusman*
                                              Jason A. Glusman, Esquire
                                              Florida Bar No. 0419400
                                              WICKER SMITH O'HARA MCCOY & FORD, P.A.
                                              Attorneys for Ross Dress for Less, Inc.
                                              515 E. Las Olas Boulevard
                                              SunTrust Center, Suite 1400
                                              Ft. Lauderdale, FL 33301
                                              Phone: (954) 847-4800
                                              Fax: (954) 760-9353
                                              ftlcrtpleadings@wickersmith.com